UNITED STATES of America,
Plaintiff–Appellee,

v.

Eduardo MORAN, Defendant–
Appellant.

No. 11–10500.

United States Court of Appeals,
Ninth Circuit.

Submitted June 18, 2013.*

Filed June 24, 2013.

Bradley William Giles, Assistant U.S., Adam McMeen Flake, Assistant U.S., USLV–Office of the U.S. Attorney, Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S., USRE–Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Beau Sterling, Sterling Law LLC, Las Vegas, NV, for Defendant–Appellant.

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

Eduardo Moran appeals from the district court's judgment entered following his guilty-plea conviction for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii). We have jurisdiction under 28 U.S.C. § 1291, and we affirm in part, and vacate and remand in part.

Moran contends that the district court plainly erred by ordering him permanently ineligible for all federal benefits. The government agrees and has filed an unopposed motion for remand. The motion for remand is granted. The portion of the district court's judgment ordering that appellant shall be ineligible for all federal benefits for life is vacated. We remand to the district court for the limited purpose of considering if any lesser ban on receipt of federal benefits should be imposed. *See* 21 U.S.C. § 862. All other aspects of Moran's sentence, and his conviction, are affirmed.

**AFFIRMED in part; VACATED and REMANDED in part.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

